■ JOHN VEGA, Appellant, v. COMPASS CAB CORP. et al., Respondents.— Order entered on November 1, 1960, denying plaintiff's motion for summary judgment unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of ANNA LONDON et al., Appellants, v. ROBERT F. WAGNER, as Mayor of the City of New York, et al., Respondents.— Order entered on January 18, 1960, dismissing petitioners' petition for an order under article 78 of the Civil Practice Act to review and set aside the determination of the Tax Commission, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ. [22 Misc 2d 360.]

■ In the Matter of MIDTOWN PROPERTIES, INC., Appellant, v. WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— Order entered on May 4, 1960, insofar as it reduces the assessment upon premises 120 East 14th Street, Block 559, Lot 19, Borough of Manhattan, City of New York, from $350,000 to $295,000 for the tax years 1957–58, 1958–59 and 1959–60, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of BRUCE BARTON v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.— Motion for an order, pursuant to section 90 of the Judiciary Law of the State of New York, directing the Association of the Bar of the City of New York to divulge to petitioner and his attorneys certain documents and minutes of proceedings relating to the conduct, disbarment and applications for reinstatement of Herman C. Pollack, granted to the extent of directing that there be made available to the moving party and also to Herman C. Pollack all documents called for, but not including those excepted to in the opposing affidavit of Eric Nightingale sworn to February 23, 1961. This disposition is without prejudice to any further application by either the movant or Herman C. Pollack after the material in question has been furnished. In all other respects, the motion is denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ SIGMUND POLLACK, Doing Business as AMERICAN PATENT & TRADE-MARK BUREAU v. NEW YORK TELEPHONE COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ COMMISSIONER OF WELFARE v. JOSEPH WERRES.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Corporation Counsel of the City of New York and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS SAMMARCO.— Motion to reinstate appeal denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.